Maria E. Quiroga, NV #: 13939
Samantha M. Meron, NV #: 15782
Quiroga Law Office, PLLC
7935 W Sahara Ave #103
Las Vegas, NV 89117
Tel: (702) -972-8348
Maria@QuirogaLawOffice.com
Samantha@QuirogaLawOffice.com
*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEVADA

|  |  |
|---|---|
| KARINA HERNANDEZ And GILBERTO ALVAREZ MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,<br><br>Defendants. | No. 2:23-cv-00668-GMN-MDC<br><br>**STIPULATED MOTION TO DISMISS PARTIAL DEFENDANTS WITH PREJUDICE**<br><br>NOTED WITHOUT ORAL ARGUMENT |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Karina Hernandez and Gilberto Alvarez Martinez, by and through their counsel, and counsel for the Defendants, respectfully submit this Stipulated Motion to Dismiss Defendants Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou With Prejudice. Plaintiffs' claims and case against the three remaining Defendants Antony J. Blinken, Phillip Slattery, and Richard C. Visek, should remain open.

1    Plaintiffs' case was opened and filed with the Court on April 28, 2023. All

2  Defendants were served summons, and executed summons were submitted to the

3  Court on May 24, 2023. Counsel for the Defendants entered appearance and on July

4  03, 2023, and submitted a Motion to Dismiss case that same day. That Motion has

5  been fully briefed by both parties in this case.

6    On August 11, 2023, the Defendants submitted a Stipulation to Stay Case

7  pending resolution of the *Mercado* appeal. This stay was granted that same day, and

8  parties were ordered to file 90-day joint status reports beginning on October 31, 2023,

which they have complied with.

9    At this time, the Defendants Loren K. Miller, Alejandro Mayorkas, and Ur

10  Mendoza Jaddou have adjudicated what was requested within the Plaintiffs'

11  Complaint and Plaintiffs claims against those three Defendants are now moot.

12    Counsel for the Plaintiffs have spoken with counsel for the Defendants who

13  agree to join in submitting this Stipulated Motion to Dismiss the claims against *only*

Defendants Loren K. Miller, Alejandro Mayorkas, and Ur Mendoza Jaddou, keeping

14  the other three remaining Defendants Antony J. Blinken, Phillip Slattery, and

15  Richard C. Visek on this case.

16    If this Motion is granted both parties agree that each side shall bear its own

17  costs and fees associated with this case.

18

19  RESPECTFULLY SUBMITTED this 28th day of June 2024.

20  By: *s/ Maria E. Quiroga*                    By: *s/ Richard T. Colonna*

    Maria E. Quiroga                          Richard T. Colonna

21  Samantha M. Meron                         *Attorney for Defendants*

22  *Attorney for Plaintiffs*          **ORDER**

23  **IT IS SO ORDERED.**

    Dated this _18_ day of July, 2024

24                                       Gloria M. Navarro, District Judge

                                         UNITED STATES DISTRICT COURT

*Certificate of Service*

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Richard T. Colonna<br>***Attorney for Defendants*** | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

*By: s/ Maria E. Quiroga*
Maria E. Quiroga
Maria@QuirogaLawOffice.com

*Attorney for the Plaintiffs*