Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave. Suite #103
Las Vegas, NV 89117
(702) 972-8348
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARINA HERNANDEZ and GILBERTO ALVAREZ MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, PHILLIP SLATTERY, RICHARD C. VISEK,<br><br>Defendants. | CASE NO. 2:23-cv-00668-GMN-MDC<br><br>**JOINT STIPULATION TO DISMISS THE CASE WITH PREJUDICE**<br><br>NOTED WITHOUT ORAL ARGUMENT |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Karina Hernandez and Gilberto Alvarez Martinez, through their attorney, and the attorneys for the Defendants, respectfully submit this Joint Stipulation to Dismiss the Case with Prejudice.

On August 11, 2023, the Defendants submitted a Stipulation to Stay Case pending resolution of the *Mercado* appeal. This stay was granted that same day, and parties were ordered to file 90-day joint status reports beginning on October 31, 2023, which they have complied with.

1   Following the Court's order, U.S. Citizenship and Immigration Service adjudicated Plaintiff Gilberto Alvarez Martinez's provisional unlawful presence waiver application on June 12, 2024. The parties stipulated to dismiss from this case Defendants associated with that waiver on June 28, 2024.

On September 9, 2024, the U.S. Department of State conducted Gilberto Alvarez Martinez's consular visa interview and adjudicated his visa application. The parties therefore agree that this complaint as it pertains to the remaining Defendants is now moot and move to dismiss the case in its entirety with prejudice.

Respectfully submitted on this 28th day of October 2024.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| s/*Maria Quiroga*<br>Maria Quiroga, Nv State Bar: 13939<br>Maria@QuirogalawOffice.com<br>*Attorney for Plaintiffs* | s/*Richard T. Colonna*<br>Richard T. Colonna<br>Assistant United States Attorney<br>*Attorney for the United States* |

**IT IS SO ORDERED.**

Dated this __5__ day of November, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Certificate of Service*

I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Richard T. Colonna<br>**Attorney for Defendants** | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

By: *s/ Maria E. Quiroga*
Maria E. Quiroga
Maria@QuirogaLawOffice.com

*Attorney for the Plaintiffs*